WILLIAM SLOAN COATS (STATE BAR NO. 94864)
Email: wcoats@whitecase.com
MARK R. WEINSTEIN (STATE BAR NO: 193043)
Email: mweinstein@whitecase.com
WENDI R. SCHEPLER (STATE BAR NO. 197474)
Email: mschepler@whitecase.com
CRAIG W. CLARK (STATE BAR NO. 226839)
Email: cclark@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone: 650/213-0300
Facsimile: 650/213-8158

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA/BOOGIE, LTD.<br><br>    Plaintiff,<br><br>  v.<br><br>BAD CAT AMPLIFIER, CO., INC.<br><br>    Defendant.<br>_____ / | No. C 08 0209<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: January 15, 2008

s/ Craig W. Clark
Signature
WHITE & CASE LLP
Counsel for   MESA/BOOGIE, LTD.
(Name of party or indicate "pro se")

American LegalNet, Inc.
www.FormsWorkflow.com