**UNITED STAES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                 415.522.2000

**January 16, 2008**

CASE NUMBER: CV 08-00209 EMC
CASE TITLE: MESA/BOOGIE LIMITED-v-BAD CAT AMPLIFIER CO.

AMENDED
<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable** JEREMY FOGEL  for all further proceedings.

Counsel are instructed that all future filings shall bear the initials JF  immediately after

the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 1/16/08

                                              FOR THE EXECUTIVE COMMITTEE:

                                              _____Richard W. Wieking_____
                                                                       Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies            Special Projects
Log Book Noted                           Entered in Computer 1/16/08AS

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                  Transferor CSA