**E-filed 1/18/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
CALIFORNIA
SAN JOSE DIVISION

**MESA BOOGIE LTD.,**

    **Plaintiff,**

     **v.**

**BAD CAT AMPLIFIER CO., INC.,**

    **Defendant.**

_____

**No. C-08-209-JF**

**Clerks's Notice**

**To: All Counsel and Parties in the above named action.**

**Due to a recent reassignment in this matter, a Case Management Conference has been scheduled before Judge Jeremy Fogel. The new hearing date is Friday, April 25, 2008 at 10:30 AM. The parties may appear by telephone by contacting Court Call at 866-582-6878 in advance of the hearing.**

**Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.**

**Dated: 1/18/08**                           **For the Court,**
                                             **Richard W. Wieking, Clerk**

                                             **Diana Munz**
                                             **electronic signature**
                                             **Courtroom Deputy**