| Attorney or Party without Attorney: <br> WILLIAM SLOAN COATS <br> WHITE & CASE LLP <br> 3000 EL CAMINO REAL <br> 5 PALO ALTO SQUARE, 9th FLOOR <br> Palo Alto, CA 94306 <br> Telephone No: <br><br> Attorney for: Plaintiff | | | Ref. No. or File No.: | | For Court Use Only |
|---|---|---|---|---|---|
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of Califronia | | | | | |
| Plaintiff: MESA/BOOGIE, LIMITED, A CALIFORNIA CORPORATION <br> Defendant: BAD CAT AMPLIFIER CO., INC. A CALIFORNIA CORPORATION | | | | | |
| **PROOF OF SERVICE** <br> **SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV080209EMC | |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons And Complaint; Jury Demand; Certification Of Interested Entities Or Persons; Drop Box Filing Procedures; Ecf Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate For Trial; Consent To Procees Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Setting Initial Case Mangement Conference And Adr Deadlines; Standing Order For Civil Practices In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Standing Order For All Jusdges Of The Northern District Of California

3. a. Party served:                            BAD CAT AMPLIFIER COMPANY, INC.
   b. Person served:                        SHAY HEIDRICH, DAUGHTER.

4. Address where the party was served:      1140 JONAH DRIVE <br>                                                           Corona, CA 92882

5. I served the party:
   b. **by substituted service.** On: Tue., Jan. 15, 2008 at: 8:03PM by leaving the copies with or in the presence of:
                            SHAY HEIDRICH, DAUGHTER.
   (1) **(Business)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., Jan. 15, 2008 from: LOS ANGELES, CA

7. **Person Who Served Papers:**                                                       Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. CHRISTIAN CANAS                                       d. **The Fee for Service was:**

                     **BEVERLY HILLS EXPRESS**        e.   I am: (3) registered California process server
                     350 S. FIGUEROA STREET, SUITE 272            *(i)*   Owner
                     LOS ANGELES, CA 90071
                     (213) 346-1000, FAX (213) 346-1010            *(ii)*   *Registration No.:*     3519
                     BEVERLYHILLSEXPRESS.COM                  *(iii)*   *County:*             Los Angeles

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

     Date: Wed, Jan. 16, 2008

| Attorney or Party without Attorney: <br> WILLIAM SLOAN COATS <br> WHITE & CASE LLP <br> 3000 EL CAMINO REAL <br> 5 PALO ALTO SQUARE, 9th FLOOR <br> Palo Alto, CA  94306 <br> Telephone No: | | | | For Court Use Only |
|---|---|---|---|---|
| | | Ref. No or File No.: | | |
| Insert name of Court, and Judicial District and Branch Court: <br> United States District Court, Northern District Of Califronia | | | | |
| Plaintiff: MESA/BOOGIE, LIMITED, A CALIFORNIA CORPORATION | | | | |
| Defendant: BAD CAT AMPLIFIER CO., INC. A CALIFORNIA CORPORATION | | | | |
| **AFFIDAVIT OF REASONABLE DILIGENCE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> CV080209EMC |

1. I, CHRISTIAN CANAS, and any employee or independent contractors retained by BEVERLY HILLS EXPRESS are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant BAD CAT AMPLIFIER COMPANY, INC. as follows:

2. Documents:  Summons And Complaint; Jury Demand; Certification Of Interested Entities Or Persons; Drop Box Filing Procedures; Ecf Registration Information Handout; Notice Of Assignment Of Case To A United States Magistrate For Trial; Consent To Procees Before A United States Magistrate Judge; Declination To Proceed Before A Magistrate Judge And Request For Reassignment To A United States District Judge; Order Setting Initial Case Mangement Conference And Adr Deadlines; Standing Order For Civil Practices In Cases Assigned For All Purposes To Magistrate Judge Edward M. Chen; Standing Order For All Jusdges Of The Northern District Of California.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Mon | 01/14/08 | 12:30pm | Business | THIS IS A HOME ADDRESS THERE WAS NO ANSWER AT THE DOOR AT THIS TIME. Attempt made by: CHRISTIAN CANAS. Attempt at: 1140 JONAH DRIVE Corona CA 92882. |
| Tue | 01/15/08 | 8:03pm | Business | Substituted Service on: BAD CAT AMPLIFIER COMPANY, INC. Business - 1140 JONAH DRIVE Corona, CA. 92882 by Serving: SHAY HEIDRICH, DAUGHTER. Competent Member of the Household over 18. Served by: CHRISTIAN CANAS |
| Tue | 01/15/08 | | | Mailed copy of Documents to: BAD CAT AMPLIFIER COMPANY, INC. |
| Wed | 01/16/08 | 6:30pm | Business | NO ANSWER AT THE DOOR AT THIS TIME. NO LIGHTS ON AT THIS TIME. Attempt made by: CHRISTIAN CANAS. Attempt at: 1140 JONAH DRIVE Corona CA 92882. |

3. Person Executing
   a. CHRISTIAN CANAS
   b. BEVERLY HILLS EXPRESS
      & METROZONE ATTORNEY SERVICE
      350 S. FIGUEROA STREET SUITE 272
      LOS ANGELES, CA  90071
   c. (213) 346-1000, FAX (213) 346-1010

   Recoverable Costs Per CCP 1033.5(a)(4)(B)
   d.. The Fee for service was:
   e. I am: (3) registered California process server
      (i) Employee
      (ii) Registration No.:   3519
      (iii) County:   Los Angeles

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   _____
   (CHRISTIAN CANAS)

Date: Wed, Jan. 16, 2008         **AFFIDAVIT OF REASONABLE DILIGENCE**
Page: 1
                                                                              634669.whitewsc.2135