STEVEN M. LEVITAN (SBN 148716)
JENNIFER M. LANTZ (SBN 202252)
MacPHERSON KWOK CHEN & HEID LLP
2033 Gateway Place, Suite 400
San Jose, California 95110
Phone: (408) 392-9250
Facsimile: (408) 392-9262
Email: slevitan@macpherson-kwok.com
Email: jlantz@macpherson-kwok.com

Attorneys for Defendant
BAD CAT AMPLIFIER CO., INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MESA/BOOGIE, LIMITED., a California Corporation,<br><br>Plaintiff,<br>v.<br><br>BAD CAT AMPLIFIER CO., INC., a California Corporation,<br><br>Defendant. | Case No. C-08-0209-JF<br><br>**[PROPOSED] ORDER AND JOINT STIPULATION FOR EXTENSION OF TIME FOR BAD CAT AMPLIFIER CO., INC. TO ANSWER OR OTHERWISE RESPOND TO MESA/BOOGIE, LIMITED'S COMPLAINT FOR PATENT INFRINGEMENT** |

Pursuant to Northern District of California Civil Local Rule 6-1, the parties in the above-captioned action hereby stipulate through their respective counsel that Defendant BAD CAT AMPLIFIER COMPANY shall have up to and including March 5, 2008 to respond to the Complaint in the above-captioned action. This constitutes an extension of 30 days from the original response date of February 4, 2008. There have been no previous extensions of the time to respond. This extension will not alter an event or deadline already set by the Court.

///

///

///

1  Dated: February 4, 2008

2  MACPHERSON KWOK CHEN & HEID LLP            WHITE & CASE LLP

4  By _____/s/_____                 By _____/s/_____
       Jennifer M. Lantz                              Craig W. Clark
5      Attorneys for Defendant                       Attorneys for Plaintiff
       BAD CAT AMPLIFIER CO., INC.                   MESA/BOOGIE, LIMITED

9       I attest under penalty of perjury that concurrence in the filing of the above stipulation has

10 been obtained from Craig W. Clark, counsel for Mesa/Boogie, Limited.

11 Dated: February 4, 2008

12                                              By _____/s/_____
                                                    Jennifer M. Lantz
13                                                  Attorneys for Defendant
                                                    BAD CAT AMPLIFIER CO., INC.

15 SO ORDERED, this ___ day of _____, 2008.

17                                              _____
                                                UNITED STATES DISTRICT JUDGE

21 DATED: February 4, 2008                     MACPHERSON KWOK CHEN & HEID LLP

22                                              By _____/s/_____
                                                    Jennifer M. Lantz
23                                                  Attorneys for Defendant BAD CAT
                                                    AMPLIFIER CO., INC.