**E-filed 2/7/08**

1  STEVEN M. LEVITAN (SBN 148716)
   JENNIFER M. LANTZ (SBN 202252)
2  MacPHERSON KWOK CHEN & HEID LLP
   2033 Gateway Place, Suite 400
3  San Jose, California 95110
   Phone: (408) 392-9250
4  Facsimile: (408) 392-9262
   Email: slevitan@macpherson-kwok.com
5  Email: jlantz@macpherson-kwok.com

6  Attorneys for Defendant
   BAD CAT AMPLIFIER CO., INC.
7

8               UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11

12  MESA/BOOGIE, LIMITED., a California        Case No. C-08-0209-JF
    Corporation,
13                                             [PROPOSED] ORDER AND JOINT
                  Plaintiff,                   STIPULATION FOR EXTENSION OF
14  v.                                         TIME FOR BAD CAT AMPLIFIER CO.,
                                               INC. TO ANSWER OR OTHERWISE
15  BAD CAT AMPLIFIER CO., INC., a             RESPOND TO MESA/BOOGIE,
    California Corporation,                    LIMITED'S COMPLAINT FOR
16                                             PATENT INFRINGEMENT
                  Defendant.
17

18

19       Pursuant to Northern District of California Civil Local Rule 6-1, the parties in the above-

20  captioned action hereby stipulate through their respective counsel that Defendant BAD CAT

21  AMPLIFIER COMPANY shall have up to and including March 5, 2008 to respond to the

22  Complaint in the above-captioned action.  This constitutes an extension of 30 days from the

23  original response date of February 4, 2008.  There have been no previous extensions of the time to

24  respond.  This extension will not alter an event or deadline already set by the Court.

25

26  ///

27  ///

28  ///

Dated: February 4, 2008

MACPHERSON KWOK CHEN & HEID LLP        WHITE & CASE LLP


By _____/s/_____        By _____/s/_____
    Jennifer M. Lantz                                        Craig W. Clark
    Attorneys for Defendant                              Attorneys for Plaintiff
    BAD CAT AMPLIFIER CO., INC.              MESA/BOOGIE, LIMITED


I attest under penalty of perjury that concurrence in the filing of the above stipulation has been obtained from Craig W. Clark, counsel for Mesa/Boogie, Limited.

Dated: February 4, 2008

By _____/s/_____
    Jennifer M. Lantz
    Attorneys for Defendant
    BAD CAT AMPLIFIER CO., INC.


SO ORDERED, this <u>6th</u> day of <u>February</u>, 2008.

_____/signature/_____
UNITED STATES DISTRICT JUDGE
Jeremy Fogel


DATED: February 4, 2008        MACPHERSON KWOK CHEN & HEID LLP

By _____/s/_____
    Jennifer M. Lantz
    Attorneys for Defendant BAD CAT
    AMPLIFIER CO., INC.