1  WILLIAM SLOAN COATS (STATE BAR NO. 94864)
   Email: wcoats@whitecase.com
2  MARK R. WEINSTEIN (STATE BAR NO: 193043)
   Email: mweinstein@whitecase.com
3  WENDI R. SCHEPLER (STATE BAR NO. 197474)
4  Email: mschepler@whitecase.com
   CRAIG W. CLARK (STATE BAR NO. 226839)
5  Email: cclark@whitecase.com
6  **WHITE & CASE LLP**
   3000 El Camino Real
7  5 Palo Alto Square, 9th Floor
   Palo Alto, California 94306
8  Telephone:    650/213-0300
   Facsimile:    650/213-8158
9

10 **Attorneys for Plaintiff, MESA/BOOGIE, LTD.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MESA/BOOGIE, LIMITED, a California Corporation,<br><br>            Plaintiff,<br><br>v.<br><br>BAD CAT AMPLIFIER CO., INC., a California Corporation,<br><br>            Defendant. | CASE NO. CV-08-00209-JF<br><br>**[PROPOSED]**<br><br>**ORDER GRANTING MOTION BY MESA/BOOGIE, LTD. TO STRIKE DEFENDANT'S AFFIRMATIVE DEFENSES**<br><br>Date:   May 9, 2008<br>Time:   9:00 a.m.<br>Ctrm:   3, 5th Floor<br><br>The Honorable Jeremy Fogel |
|---|---|

1   The Court, having considered the Motion to Strike Defendant's Affirmative Defenses
2   filed by plaintiff Mesa/Boogie, Ltd. ("Motion"), the Court **HEREBY ORDERS** as follows:
3   1)   The Motion is **GRANTED**.  Defendant's second, third and fourth affirmative
4   defenses are hereby **STRICKEN** with leave to amend.
5   2)   Defendant shall have ten (10) days from the date of entry of this Order to file
6   a First Amended Answer with respect to the second, third and fourth affirmative defenses.

8   **IT IS SO ORDERED.**

10  Date: _____

    The Honorable Jeremy Fogel
    United States District Judge