**E-filed 4/16/08**

WILLIAM SLOAN COATS (STATE BAR NO. 94864)
Email: wcoats@whitecase.com
MARK R. WEINSTEIN (STATE BAR NO: 193043)
Email: mweinstein@whitecase.com
WENDI R. SCHEPLER (STATE BAR NO. 197474)
Email: wschepler@whitecase.com
CRAIG W. CLARK (STATE BAR NO. 226839)
Email: cclark@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:    650/213-0300
Facsimile:    650/213-8158

Attorneys for Plaintiff, MESA/BOOGIE, LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA/BOOGIE, LIMITED, a California corporation,<br><br>                    Plaintiff,<br><br>v.<br><br>BAD CAT AMPLIFIER CO., INC., a California corporation,<br><br>                    Defendant. | CASE NO. CV-08-00209-JF<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND ASSOCIATED DATES** |

WHEREAS plaintiff Mesa/Boogie, Ltd. ("Plaintiff") filed its Complaint against Bad Cat Amplifier, Co. Inc. ("Defendant") on January 11, 2008 and Defendant filed its Answer on March 5, 2008;

WHEREAS Plaintiff and Defendant are engaged in discussions regarding a potential settlement of this action and are currently exchanging information to further the same;

WHEREAS pursuant to its Order of January 11, 2008, and the Clerk's Notice of January 18, 2008, the Court set April 16, 2008 as the last day to complete initial disclosures, file Case Management Statement and file/serve Joint Rule 26(f) Report; and set a Case Management

1  Conference for April 25, 2007 at 10:30 a.m.;

2      WHEREAS on March 27, 2008 Plaintiff filed its Motion to Strike Defendant's

3  Affirmative Defenses which is set to be heard before the Court on May 9, 2008; and

4      WHEREAS Plaintiff and Defendant have met and conferred and agree that a

5  continuance of the Case Management Conference and related dates will conserve judicial

6  resources and facilitate possible settlement;

7      NOW, THEREFORE, Plaintiff and Defendant, by and through their respective

8  counsel, hereby stipulate and respectfully request that the Court order as follows:

9      1.    The last day to complete initial disclosures, file Case Management

10 Statement and file/serve Joint Rule 26(f) Report shall be continued to May 23, 2008; and

11     2.    The Case Management Conference currently scheduled for April 25, 2008

12 shall be continued to May 30, 2008 at 10:30 a.m.

13     3.    The hearing on Plaintiff's Motion to Strike Defendant's Affirmative

14 Defenses currently set for May 9, 2008 shall be continued to June 6, 2008 or the first available

15 date thereafter with opposition and reply dates set in accordance with the new hearing date.

16 **IT IS SO STIPULATED**.

Dated: April 11, 2008        WHITE & CASE LLP

By: /s/
    Craig W. Clark

Attorneys for Plaintiff
MESA/BOOGIE, LTD.

Dated: April 11, 2008        MACPHERSON KWOK CHEN & HEID LLP

By: /s/
    Jennifer Lantz

Attorneys for Defendant
BAD CAT AMPLIFIER CO., INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: 4/16/08        _[signature]_
    The Honorable Jeremy Fogel
    United States District Judge

1
2                    ATTESTATION UNDER GENERAL ORDER 45

3          I, Craig W. Clark, am the ECF User whose ID and password are being used to file
   this **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT
4  CONFERENCE AND ASSOCIATED DATES**.  In compliance with General Order 45, X.B., I
   hereby attest that Jennifer Lantz has concurred in this filing and that I will keep her electronic
5  signature on file.

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28