**E-filed 5/12/08**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

**MESA/BOOGIE, LTD.,**

    Plaintiff,

     v.

**BAD CAT AMPLIFIERS,**

    Defendants.
_____

No. C-08-209-JF

Clerks's Notice

To: All Counsel and Parties in the above named action.

The Court has rescheduled the Motion to Strike scheduled for June 6, 2008 at 9:00. The new hearing date is Friday, June 27, 2008 at 9:00 AM. The Case Management Conference scheduled for May 30, 2008 has also been rescheduled to be heard on Friday June 27, 2008 immediately following the motion.

Please to report to Courtroom 3, on the 5th floor, United States District Courthouse, 280 South First Street, San Jose, CA 95113.

Dated: 5/12/08

                            For the Court,
                            Richard W. Wieking, Clerk

                            Diana Munz
                            electronic signature
                            Courtroom Deputy