1  WILLIAM SLOAN COATS (STATE BAR NO. 94864)
   Email: wcoats@whitecase.com
2  MARK R. WEINSTEIN (STATE BAR NO: 193043)
   Email: mweinstein@whitecase.com
3  WENDI R. SCHEPLER (STATE BAR NO. 197474)
   Email: wschepler@whitecase.com
4  CRAIG W. CLARK (STATE BAR NO. 226839)
   Email: cclark@whitecase.com
5  **WHITE & CASE LLP**
   3000 El Camino Real
6  5 Palo Alto Square, 9th Floor
   Palo Alto, California 94306
7  Telephone:    650/213-0300
   Facsimile:    650/213-8158
8
9  **Attorneys for Plaintiff, MESA/BOOGIE, LTD**.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| MESA/BOOGIE, LIMITED, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BAD CAT AMPLIFIER CO., INC., a California corporation,<br><br>Defendant. | CASE NO. CV-08-00209-JF<br><br>**STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON** |
|---|---|

Plaintiff Mesa/Boogie, Ltd. ("Mesa") and defendant Bad Cat Amplifier, Co. Inc. ("Defendant"), having entered into a Settlement Agreement resolving the above-captioned dispute, hereby stipulate and respectfully request that the Court order as follows:

1.   This action shall be dismissed, as to all claims, with prejudice, with each party bearing its own costs, expenses and attorney's fees.

/ / /

2. This Court shall retain jurisdiction to enforce the terms of the parties' Settlement Agreement.

**IT IS SO STIPULATED**.

Dated: June 13, 2008                WHITE & CASE LLP

By: /s/
_____
Craig W. Clark

Attorneys for Plaintiff
MESA/BOOGIE, LTD.

Dated: June 13, 2008                MACPHERSON KWOK CHEN & HEID LLP

By: /s/
_____
Jennifer Lantz
Attorneys for Defendant
BAD CAT AMPLIFIER CO., INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: 6/20/08

_____
The Honorable Jeremy Fogel
United States District Judge

**ATTESTATION UNDER GENERAL ORDER 45**

I, Craig W. Clark, am the ECF User whose ID and password is being used to file this **STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON**. In compliance with General Order 45, X.B., I hereby attest that Jennifer Lantz has concurred in this filing and that I will keep her electronic signature on file.